UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR06-199-RSM-JPD |
| v. ) | |
| DAVID MATUSICKY, ) | DETENTION ORDER |
| Defendant. ) | |

Offenses charged:

Count 1: Conspiracy to Smuggle, Transport, and Harbor Illegal Aliens in violation of of 8 U.S.C. §§ 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

Counts 5 through 8: Bringing an Illegal Alien for Financial Gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.

Counts 12 through 16: Smuggling of an Illegal Alien in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(A)(1)(B)(i),

Detention Hearing: June 16, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant is charged in seven counts, four of which carry a mandatory

01 minimum of three years of imprisonment.  In addition, each of the four counts that carry a
02 mandatory minimum can be stacked.

03     (2)    The defendant is a permanent lawful resident of Canada, with no ties to this
04 community.

05     (3)    The financial status of the defendant is unknown, as he did not answer
06 questions from Pretrial Services regarding his financial status.

07     (4)    The defendant provided conflicting stories regarding his residence and
08 regarding issues as to whether he possessed a California driver's license.  He also possesses
09 two social security numbers, including one from Canada and one from the United States.

10     (5)    The defendant is alleged to be part of an illegal alien-smuggling ring with
11 extensive ties throughout Canada.

12     (6)    There appear to be no conditions or combination of conditions other than
13 detention that will reasonably assure the defendant's appearance at future Court hearings.

14     IT IS THEREFORE ORDERED:

15     (1)    Defendant shall be detained pending trial and committed to the custody
16         of the Attorney General for confinement in a correction facility
17         separate, to the extent practicable, from persons awaiting or serving
18         sentences or being held in custody pending appeal;

19     (2)    Defendant shall be afforded reasonable opportunity for private
20         consultation with counsel;

21     (3)    On order of a court of the United States or on request of an attorney for
22         the government, the person in charge of the corrections facility in
23         which defendant is confined shall deliver the defendant to a United
24         States Marshal for the purpose of an appearance in connection with a
25         court proceeding; and

26

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 2

01   (4)   The clerk shall direct copies of this Order to counsel for the United
02         States, to counsel for the defendant, to the United States Marshal, and
03         to the United States Pretrial Services Officer.

04   DATED this 19th day of June, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge